TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORNELIUS GORDON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND BUS LINES, INC.; AMALGAMATED TRANSIT UNION # 1700; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:16-cv-00948-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

COMES NOW Plaintiff CORNELIUS GORDON, (hereinafter, "Plaintiff"), and Defendant GREYHOUND LINES, INC.[1] (hereinafter "Defendant"), by and through their attorneys of record and do hereby stipulate and agree to extend the time for Plaintiff to respond to the Defendant's Motion to Dismiss from the current deadline of September 29, 2016, up to and including October 7, 2016.  The reason that the extension is requested is due to Plaintiff's counsel's need to confer with his client regarding the motion and facts and argument set forth and not having the opportunity to have a conference until the following week, and due to conflicts with counsel's schedule.

///

---

[1] Incorrectly named by Plaintiff as Greyhoud Bus Lines, Inc.

1

Defendant's counsel has agreed to this courtesy as requested by Plaintiff.

Dated:  September 29, 2016                               Dated:  September 29, 2016

HATFIELD & ASSOCIATES, LTD.                              LITTLER MENDELSON, P.C.

/s/ Trevor J. Hatfield                                   /s/ Amy L. Baker
_____                        _____
Trevor J. Hatfield, Esq.                                 Roger L. Grandgenett, II, Esq.
Nevada Bar No. 7373                                      Nevada Bar. No. 5978
703 S. Eighth St.                                        Amy L. Baker, Esq.
Las Vegas, NV 89101                                      Nevada Bar No. 11907
(702) 388-4469 Tel.                                      3960 Howard Hughes Parkway, Suite 300
(702) 386-9825 Fax                                       Las Vegas, NV 89169-5937
Email: thatfield@hatfieldlawassociates.com               (702) 862-8800 Tel.
Attorneys for Plaintiff                                  (702) 862-8811 Fax
                                                         Email:  rgrandgenett@littler.com
                                                         Email:  abaker@littler.com
                                                         Attorneys for Defendant

**IT IS SO ORDERED.**

Dated this __4__ day of October, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

Respectfully submitted:

:  September 29, 2016

**HATFIELD & ASSOCIATES, LTD.**

/s/ Trevor J. Hatfield

By: _____
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
*Attorney for Plaintiff*

2

**Certificate of Service**

I certify that on the 29th day of September, 2016, I electronically filed the foregoing STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND EXTENSION FOR DEFENDANT TO REPLY with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 29th day of September, 2016.

By: */s/ Freda P. Brazier*
An Employee of Hatfield & Associates, Ltd.