**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORNELIUS GORDON, ) | |
| Plaintiff(s), ) | Case No. 2:16-cv-00948-GMN-NJK |
| vs. ) | ORDER |
| GREYHOUND BUS LINES, INC., ) | |
| Defendant(s). ) | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than November 3, 2016, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: October 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge