ROGER L. GRANDGENETT II, ESQ., Bar # 6323
CRYSTAL J. HERRERA, ESQ., Bar # 12396
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:   702.862.8811
Email: rgrandgenett@littler.com
Email: cherrera@littler.com

Attorneys for Defendant,
GREYHOUND BUS LINES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORNELIUS GORDON, an individual, | Case No. 2:16-cv-00948-GMN-NJK |
| Plaintiff, | |
| vs. | **MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM** |
| GREYHOUND BUS LINES, INC.; AMALGAMATED TRANSIT UNION # 1700; DOES I though X, inclusive; ROE CORPORATIONS I thought X, inclusive, | |
| Defendant. | |

Defendant GREYHOUND BUS LINES, INC. ("Defendant") hereby moves this Court for an Order substituting counsel as follows:

Defendant requests that Crystal J. Herrera, Esq. be substituted for Amy L. Baker, Esq. currently listed as a Littler Mendelson attorney representing Defendant. Amy L. Baker is leaving the firm of Littler Mendelson and is no longer participating in this litigation. Ms. Herrera's current mailing address and prospective email address are:

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

Crystal J. Herrera, Esq.
Littler Mendelson, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169
cherrera@littler.com

Defendant continues to be represented in this action by the law firm of Littler Mendelson. The substitution of counsel will neither delay this matter nor prejudice Plaintiff.

Based on the foregoing, Defendant respectfully requests that Crystal J. Herrera, Esq. be substituted as counsel, and that Amy L. Baker, Esq. be allowed to withdraw as counsel in this matter.

Dated: November 3, 2016

Respectfully submitted,

_____
AMY L. BAKER, ESQ.

Dated: November 3, 2016

Respectfully submitted,

_____
ROGER L. GRANDGENETT II, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
GREYHOUND BUS LINES, INC.

**ORDER**

IT IS SO ORDERED.

Dated: November 4, 2016.

_____
United States Magistrate Judge

2.