1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORNELIUS GORDON, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-00948-GMN-NJK |
| | ) |
| vs. | ) ORDER |
| | ) |
| GREYHOUND BUS LINES, INC., et al., | ) |
| | ) |
| Defendant(s). | ) |

The stay of discovery expired on January 26, 2017.  *See* Docket No. 31 at 3.  Accordingly, the parties are **ORDERED** to file, by February 3, 2017, either a joint proposed discovery plan or a stipulation to continue the stay of discovery.

IT IS SO ORDERED.

DATED: January 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge