ROGER L. GRANDGENETT II, ESQ., Bar # 6323
CRYSTAL J. HERRERA, ESQ., Bar # 12396
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email: rgrandgenett@littler.com
Email: cherrera@littler.com

Attorneys for Defendant,
GREYHOUND LINES, INC. improperly
identified as GREYHOUND BUS LINES, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CORNELIUS GORDON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREYHOUND BUS LINES, INC.; AMALGAMATED TRANSIT UNION # 1700; DOES I though X, inclusive; ROE CORPORATIONS I thought X, inclusive,<br><br>Defendant. | Case No. 2:16-cv-00948-GMN-NJK<br><br>**[PROPOSED] STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, CORNELIUS GORDON and Defendant, GREYHOUND LINES, INC., improperly identified as GREYHOUND BUS LINES, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: February 23, 2017

Respectfully submitted,

/s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ.
HATFIELD & ASSOCIATES, LTD.

Attorney for Plaintiff,
CORNELIUS GORDON

Dated: February 23, 2017

Respectfully submitted,

/s/ Crystal J. Herrera
ROGER L. GRANDGENETT II, ESQ.
CRYSTAL J. HERRERA, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
GREYHOUND LINES, INC. improperly
identified as GREYHOUND BUS LINES, INC.

**ORDER**

**IT IS SO ORDERED.**

The Clerk of Court shall close the case.

Dated this  24  day of February, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800